People v Brenda N. (2025 NY Slip Op 03480)

People v Brenda N.

2025 NY Slip Op 03480

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

466 KA 23-01760

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
BRENDA N., DEFENDANT-APPELLANT. 

BANASIAK LAW OFFICE, PLLC, SYRACUSE (PIOTR BANASIAK OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT. 

 Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), dated May 4, 2023. The order denied the motion of defendant for resentencing pursuant to CPL 440.47. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court